✓ #714014  #129011

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2010 OCT 27 PM 12:48
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN RE:     *     CASE # 05-36995 W
        Judge Mary Ann Whipple

CHAPTER 13
*

Smith, Ethel M.
Debtor     *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

No response from the creditor the case is scheduled to close.

The balance of funds for the creditor in the amount of **$2.34** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "completed".

| **Check #** | **Payee** | **Amount** | **Date Issued** |
|---|---|---|---|
| 704234 | St Charles Mercy Hospital<br>L-8400<br>Columbus, OH 43268-0001 | 2.34 | 8/31/10 |

Your trustee's check #714014 in the amount of $2.34 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 10/25/10

John P. Gustafson
Trustee in Bankruptcy